JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA MENDEZ CISNEROS,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 19-4015-JPR<br><br>**J U D G M E N T** |

　　For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order reversing or remanding for further proceedings is DENIED; (2) the Commissioner's request for an order affirming his final decision is GRANTED; and (3) judgment be entered in the Commissioner's favor.

DATED: August 6, 2020　　　　　_/s/ Jean Rosenbluth_____
　　　　　　　　　　　　　　　　JEAN ROSENBLUTH
　　　　　　　　　　　　　　　　U.S. Magistrate Judge